IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROADCAST MUSIC, INC.; SCREEN GEMS-EMI MUSIC, INC.; ROBERT KUYKENDALL, RICHARD A. REAM, BRUCE JOHANNESSON and BRET M. SYCHAK, a partnership d/b/a CYANIDE PUBLISHING; UNIVERSAL - SONGS OF POLYGRAM INTERNATIONAL, INC.; FUEL PUBLISHING, INC. d/b/a PENER PIG PUBLISHING; EMBASSY MUSIC CORPORATION; MARK SLAUGHTER and DANA STRUM, a partnership d/b/a TOPLESS MUSIC; CHRYSALIS SONGS;<br><br>          Plaintiffs,<br><br>    v.<br><br>OTTIS, INC. d/b/a THE DEPOT; and BRAD OTTIS, individually,<br><br>          Defendants. | CASE NO. 8:09CV402 |

## JUDGMENT FOR ATTORNEYS' FEES

In accordance with the Entry of Judgment in favor of the Plaintiffs (Filing 63) and pursuant to 17 U.S.C. § 505, the Court hereby finds that the claim for attorneys' fees in the amount of $19,679.00 and non-taxable costs in the amount of $177.24 is reasonable as supported by the Affidavit of Jill Robb Ackerman (Filing 61).

IT IS ORDERED:

1. The Plaintiffs' motion for attorney fees (Filing No. 65) is granted; and

2. Plaintiffs will recover from Defendant Ottis, Inc., d/b/a The Depot, and Brad Ottis, jointly and severally, the full costs of this action, including attorney fees in the amount of $19,679.00 and non-taxable costs in the amount of $177.24 plus interest from the date of this Judgment.

DATED this 31st day of January, 2011.

BY THE COURT:

s/Laurie Smith Camp
United Stated District Court Judge